**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions; <br> The University of Houston System; and The Board of Regents of the University of Houston System, <br>    Plaintiffs, <br> v. <br> South Texas College of Law, <br>    Defendant. | Civil Action No. 4: 16-cv-01839 <br><br> JURY |

# EXHIBIT   K

简体中文   *English*   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

hcl.edu                    [ Lookup ]

## Showing results for: HCL.EDU

Original Query: hcl.edu

### Raw WHOIS Record

```
This Registry database contains ONLY .EDU domains.
The data in the EDUCAUSE Whois database is provided
by EDUCAUSE for information purposes in order to
assist in the process of obtaining information about
or related to .edu domain registration records.

The EDUCAUSE Whois database is authoritative for the
.EDU domain.

A Web interface for the .EDU EDUCAUSE Whois Server is
available at: http://whois.educause.net

By submitting a Whois query, you agree that this information
will not be used to allow, enable, or otherwise support
the transmission of unsolicited commercial advertising or
solicitations via e-mail.  The use of electronic processes to
harvest information from this server is generally prohibited
except as reasonably necessary to register or modify .edu
domain names.

You may use "%" as a wildcard in your search. For further
information regarding the use of this WHOIS server, please
type: help

-------------------------

Domain Name: HCL.EDU
```

```
Registrant:
   Houson College of Law
   1303 San Jacinto Street
   Houston, TX 77002-7006
   UNITED STATES

Administrative Contact:
   Randy Marak
   Vice-President of Information Technology
   Houson College of Law
   1303 San Jacinto Street
   Houston, TX 77002-7006
   UNITED STATES
   (713) 646-2912
   rmarak@stcl.edu

Technical Contact:
   Timothy Sandel
   Manager, Infrastructure Operations
   Houson College of Law
   1303 San Jacinto Street
   Houston, TX 77002-7006
   UNITED STATES
   (713) 646-2959
   timothy@stcl.edu

Name Servers:
   NS.HCL.EDU        38.100.154.111
   NS2.HCL.EDU       38.100.154.112
   NS3.HCL.EDU       38.100.154.113

Domain record activated:    21-Jun-2016
Domain record last updated: 30-Jun-2016
Domain expires:             31-Jul-2017
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration

necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2016 Internet Corporation for Assigned Names and Numbers    [Privacy Policy](#)

简体中文 English Français Русский Español العربية Portuguese

# ICANN WHOIS

## Showing results for: houstoncollegeoflaw.com
Original Query: HOUSTONCOLLEGEOFLAW.COM

## Contact Information

### Registrant Contact
Name: Diane Summers
Organization:
Mailing Address: 1303 San Jacinto St., Houston Texas 77002 US
Phone: +1.7136461794
Ext:
Fax:
Fax Ext:
Email:dsummers@stcl.edu

### Admin Contact
Name: Diane Summers
Organization:
Mailing Address: 1303 San Jacinto St., Houston Texas 77002 US
Phone: +1.7136461794
Ext:
Fax:
Fax Ext:
Email:dsummers@stcl.edu

### Tech Contact
Name: Diane Summers
Organization:
Mailing Address: 1303 San Jacinto St., Houston Texas 77002 US
Phone: +1.7136461794
Ext:
Fax:
Fax Ext:

Email:dsummers@stcl.edu

| HOUSTONCOLLEGEOFLAW.COM | Lookup |

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2016-03-22
Created Date: 2016-03-22
Registration Expiration Date: 2026-03-22

## Name Servers

NS03.DOMAINCONTROL.COM
NS04.DOMAINCONTROL.COM

## Raw WHOIS Record

Domain Name: houstoncollegeoflaw.com
Registry Domain ID: 2014816661_DOMAIN_COM-VRSN

```
Registrar WHOIS Server: whois.godaddy.com
```

HOUSTONCOLLEGEOFLAW.COM    Lookup

```
Registrar Registration Expiration Date: 2020-05-22T22:50:36Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Diane Summers
Registrant Organization:
Registrant Street: 1303 San Jacinto St.
Registrant City: Houston
Registrant State/Province: Texas
Registrant Postal Code: 77002
Registrant Country: US
Registrant Phone: +1.7136461794
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dsummers@stcl.edu
Registry Admin ID: Not Available From Registry
Admin Name: Diane Summers
Admin Organization:
Admin Street: 1303 San Jacinto St.
Admin City: Houston
Admin State/Province: Texas
Admin Postal Code: 77002
Admin Country: US
Admin Phone: +1.7136461794
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dsummers@stcl.edu
Registry Tech ID: Not Available From Registry
Tech Name: Diane Summers
Tech Organization:
Tech Street: 1303 San Jacinto St.
Tech City: Houston
Tech State/Province: Texas
Tech Postal Code: 77002
Tech Country: US
```

```
Tech Phone: +1.7136461794
```

HOUSTONCOLLEGEOFLAW.COM    Lookup

```
Tech Email: dsummers@stcl.edu
Name Server: NS03.DOMAINCONTROL.COM
Name Server: NS04.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-07-12T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
[WHOIS Inaccuracy Complaint Form](#)
[WHOIS Service Complaint Form](#)

[WHOIS Compliance FAQs](#)

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN

| HOUSTONCOLLEGEOFLAW.COM | Lookup |

(i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

\* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2016 Internet Corporation for Assigned Names and Numbers       Privacy Policy