IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions; <br> The University of Houston System; and <br> The Board of Regents of the University of Houston System, <br>　　　Plaintiffs, <br> v. <br> South Texas College of Law, <br>　　　Defendant. | Civil Action No. 4: 16-cv-01839 <br><br><br> JURY |

## ORDER GRANTING PRELIMINARY INJUNCTION

Now before the Court is Plaintiffs' Motion for Preliminary Injunction. Plaintiff's Motion seeks a preliminary injunction against Defendant prohibiting STCL from using HOUSTON COLLEGE OF LAW and its logo



as a name, mark and source identifier for its legal education services.

Having considered Plaintiff's motion, Defendant's opposition to the requested relief and the controlling law in this circuit for injunctive relief, the Court finds that the relief should be GRANTED. Plaintiffs have shown, and Defendant has not rebutted that:

(1)　a substantial likelihood of success in proving trademark infringement exists by Defendant's use of, individually and collectively, Houston College of Law, the red and white color scheme and the logo shown below:



(2) a substantial threat of continuing irreparable injury exists if the injunction is not issued and if Defendant is allowed to continue actively promoting its new brand;

(3) the threatened and continued injury if the injunction is denied outweighs any harm that will result if the injunction is granted; and

(4) the grant of an injunction will serve the public interest by avoiding a likelihood of confusion.

Finally, the limited nature of this relief does not prevent or preclude Defendant from continuing to offer its legal education services.

Therefore, it is hereby ORDERED, that defendant South Texas College of Law, now known as Houston College of Law, Inc., and its officers, agents, servants, employees, and attorneys; and those other persons having actual notice of this order who are in active concert or participation with defendant South Texas College of Law or its officers, agents, servants, employees, and attorneys, are hereby preliminarily enjoined and prohibited, beginning on the date of this order, from using HOUSTON COLLEGE OF LAW and its logo:



as a name, mark or source identifier for and related to its legal education services.

ENTERED THIS __ DAY OF ____ 2016.

_____
Keith P. Ellison
United States District Judge