UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM ON BEHALF OF THE UNIVERSITY OF HOUSTON SYSTEM AND ITS MEMBER INSTITUTIONS; THE UNIVERSITY OF HOUSTON SYSTEM; and THE BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>HOUSTON COLLEGE OF LAW, INC., formerly known as SOUTH TEXAS COLLEGE OF LAW,<br><br>Defendant/Counter-Plaintiff. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-CV-01839<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JUDGE KEITH ELLISON |

**APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFFS'
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

**OF COUNSEL:**

Lynne Liberato
State Bar No. 00000075
S.D. Tex. 3072
lynne.liberato@haynesboone.com
Kent Rutter
State Bar No. 00797364
S.D. Tex. 20519
kent.rutter@haynesboone.com
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

Respectfully submitted,

*/s/ David J. Beck*
    David J. Beck
    State Bar No. 00000070
    S.D. Tex. 16605
    dbeck@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**ATTORNEY-IN-CHARGE FOR
HOUSTON COLLEGE OF LAW**

Jeffrey M. Becker
State Bar No. 02015730
jeff.becker@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

Eric J.R. Nichols
State Bar No. 14994500
S.D. Tex. 13066
enichols@beckredden.com
Karson K. Thompson
State Bar No. 24083966
S.D. Tex. 2878342
kthompson@beckredden.com
BECK REDDEN LLP
515 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone: (512) 708-1000
Facsimile: (512) 708-1002

Parth S. Gejji
State Bar No. 24087575
S.D. Tex. 2917332
pgejji@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Defendant Houston College of Law, Inc., formerly known as South Texas College of Law, submits the following Appendix of exhibits referenced in its Response to Plaintiffs' Motion for Preliminary Injunction.

| EXHIBIT | DESCRIPTION |
|:---:|---|
| A | Declaration of Parth Gejji |
| B | *Fla. Int'l Univ. Bd. of Trustees v. Fla. Nat'l Univ., Inc.* |
| C | *USA Football, Inc. v. Robinson* |
| D | 2 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 11:76 (4th ed.) |
| E | Autobiography of a Law School |
| F | Leonard Baynes Deposition of August 9, 2016 |
| G | University of Houston Law Center marketing materials |
| H | Carrie Criado Deposition of August 10, 2016 |
| I | Press Release |
| J | Admissions Brochure |
| K | Advertisement |
| L | Advertisement |
| M | Lisa Holdeman Deposition of August 10, 2016 |
| N | Declaration of Helen Palmore |
| O | Texas Southern University website page |
| P | Strayer University website page |
| Q | North American University website page |
| R | Rice University website page |
| S | University of St. Thomas website page |
| T | Houston Baptist University website page |
| U | Houston Community College website page |
| V | Houston Graduate School of Theology website page |
| W | Texas Woman's University Health Science—Houston Center website page |
| X | American InterContinental University Houston website page |
| Y | Texas Baptist College website page |
| Z | Texas College website page |

| | |
|---|---|
| AA | Western Texas College website page |
| BB | Austin College website page |
| CC | Central Texas College website page |
| DD | Houston Community College website page |
| EE | Harris County Clerk's Assumed Name Search |
| FF | Table of Co-Existing U.S. Federal Trademark Registrations |
| GG | *Children's Med. Ctr. v. Columbia Hosp. at Med. City Dall. Subsidiary, L.P.* |
| HH | Houston College of Law website page |
| II | Texas Tribune Article: "UH System Speaks Out Against UT System Plans for Houston" |
| JJ | Simpson Scarborough Report, dated July 22, 2013 (filed under seal) |
| KK | Board of Trustee minutes for South Texas College of law, dated May 22, 1973 (filed under seal) |
| LL | Declaration of Diane Summers |
| MM | Declaration of Randy Sorrels |
| NN | *Blue Bell Creameries, L.P. v. Denali Co.* |
| OO | 6 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 32:184 (4th ed.) |
| PP | Rebuttal Report of Gabriel M. Gelb |
| QQ | Deposition Exhibit HCL 66 |
| RR | Deposition Exhibit HCL 67 |
| SS | Hal Poret Deposition of August 17, 2016 (Rough Draft) |
| TT | 6 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 32:159 (4th ed.) |
| UU | Expert Report of Gabriel M. Gelb |
| VV | 6 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 32:185 (4th ed.) |
| WW | *Uber Promotions, Inc. v. Uber Technologies, Inc.* |
| XX | *Amegy Bank Nat. Ass'n v. Monarch Flight II, LLC* |
| YY | *Mail Boxes Etc., Inc. v. Christo* |
| ZZ | July 15, 2016 Hearing Transcript |

Respectfully submitted,

*/s/ David J. Beck*
David J. Beck
State Bar No. 00000070
S.D. Tex. 16605
dbeck@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**ATTORNEY-IN-CHARGE FOR HOUSTON COLLEGE OF LAW**

**OF COUNSEL:**

Lynne Liberato
State Bar No. 00000075
S.D. Tex. 3072
lynne.liberato@haynesboone.com
Kent Rutter
State Bar No. 00797364
S.D. Tex. 20519
kent.rutter@haynesboone.com
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

Jeffrey M. Becker
State Bar No. 02015730
jeff.becker@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

Eric J.R. Nichols
State Bar No. 14994500
S.D. Tex. 13066
enichols@beckredden.com
Karson K. Thompson
State Bar No. 24083966
S.D. Tex. 2878342
kthompson@beckredden.com
Beck Redden LLP
515 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone: (512) 708-1000
Facsimile: (512) 708-1002

Parth S. Gejji
State Bar No. 24087575
S.D. Tex. 2917332
pgejji@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

# **CERTIFICATE OF SERVICE**

       I hereby certify that on August 19, 2016, a true and correct copy of the foregoing instrument was served via electronic filing in compliance with the Federal Rules of Civil Procedure on:

| *Attorney-in-Charge* | *Of Counsel* |
|---|---|
| Anthony G. Buzbee | Elizabeth W. King |
| tbuzbee@txattorneys.com | eking@smd-iplaw.com |
| THE BUZBEE LAW FIRM | Robert J. McAughan, Jr. |
| JP Morgan Chase Tower | bmcaughan@smd-iplaw.com |
| 600 Travis | Albert B. Deaver, Jr. |
| Suite 7300 | adeaver@smd-iplaw.com |
| Houston, TX 77002 | Jeffrey A. Andrews |
| Telephone: (713) 223-5393 | jandrews@smd-iplaw.com |
| Facsimile: (713) 223-5909 | SUTTON MCAUGHAN DEAVER PLLC |
| | Three Riverway, Suite 900 |
| | Houston, Texas 77056 |
| | Telephone: (713) 800-5700 |
| | Facsimile: (713) 800-5699 |

       */s/ Parth S. Gejji*
       Parth S. Gejji