IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions;<br>The University of Houston System; and<br>The Board of Regents of the University of Houston System,<br>　　*Plaintiffs*,<br>v.<br>South Texas College of Law,<br>　　*Defendant*. | Civil Action No. 4:16-cv-01839<br><br>JURY |

**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR ITS OFFER OF PROOF CONCERNING DKT. NO. 27**

In accordance with the Court's request during the telephonic hearing on August 8, 2016, concerning the parties making evidentiary proffers relating to the hearing on Plaintiff's motion for preliminary injunction (Dkt. No. 27), Plaintiffs file these deposition designations as proffers in support of its motion.

The deposition transcript of Mr. Poret is filed herewith, and the deposition transcripts of Mr. Guter and Ms. Summers were filed as Exhibits PP and QQ, respectively to Dkt. No. 45.

Dated August 26, 2016

*Of Counsel*:

**SUTTON MCAUGHAN DEAVER PLLC**

Elizabeth W. King
Texas Bar No. 00788710
S.D. Tex. No. 433,387
eking@smd-iplaw.com
Robert J. McAughan, Jr.
Texas Bar No. 00786096
S.D. Tex. No. 16,501
bmcaughan@smd-iplaw.com
Albert B. Deaver, Jr.
Texas Bar No. 05703800
S.D. Tex. No. 11,300
adeaver@smd-iplaw.com
Jeffrey A. Andrews
Texas Bar No. 24050227
S.D. Tex. No. 608,251
jandrews@smd-iplaw.com
Three Riverway, Suite 900
Houston, Texas 77056
Telephone: (713) 800-5700
Facsimile: (713) 800-5699

**THE BUZBEE LAW FIRM**

*s/Anthony G. Buzbee by permission ABD*
Anthony G. Buzbee
Attorney-in-Charge
Texas Bar No. 24001820
S.D. Tex. No. 22,679
tbuzbee@txattorneys.com
JP Morgan Chase Tower
600 Travis
Suite 7300
Houston, TX 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

*Attorneys For Plaintiffs The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions; The University of Houston System; and The Board of Regents of the University of Houston System*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and exhibits, if any, have been served via the Court's ECF system on those counsel of record who have registered as filing users of the ECF system for this case pursuant to LR 5.1, and by mail on those counsel of record who are not registered as filing users with ECF, as of this 26th day of August 2016.

                                            *s/ Albert B. Deaver, Jr.*
                                            Albert B. Deaver, Jr.