| DEPOSITION DESIGATIONS FOR DONALD J GUTER | | | | | | |
|---|---|---|---|---|---|---|
| START | | | END | | | |
| PAGE | LINE | | PAGE | LINE | | EXHIBIT |
| 5 | 22 | | 5 | 25 | | |
| 10 | 25 | | 11 | 5 | | |
| 11 | 23 | | 12 | 2 | | |
| 15 | 7 | | 15 | 9 | | |
| 15 | 14 | | 15 | 16 | | |
| 15 | 20 | | 15 | 23 | | |
| 16 | 5 | | 16 | 17 | | |
| 17 | 10 | | 17 | 17 | | |
| 18 | 5 | | 18 | 21 | | |
| 20 | 9 | | 20 | 13 | | |
| 21 | 8 | | 21 | 23 | | |
| 22 | 13 | | 23 | 19 | | |
| 23 | 21 | | 21 | 1 | | |
| 24 | 12 | | 24 | 18 | | |
| 24 | 20 | | 25 | 2 | | |
| 25 | 3 | | 25 | 21 | | |
| 26 | 17 | | 27 | 1 | | |
| 28 | 15 | | 28 | 21 | | |
| 28 | 22 | | 28 | 22 | | |
| 28 | 24 | | 28 | 24 | | |
| 29 | 1 | | 29 | 7 | | |
| 33 | 1 | | 33 | 4 | | |
| 33 | 16 | | 34 | 3 | | |
| 34 | 7 | | 34 | 9 | | |
| 35 | 5 | | 36 | 4 | | |
| 38 | 3 | | 38 | 7 | | |
| 38 | 11 | | 39 | 4 | | |
| 39 | 22 | | 41 | 1 | | |
| 41 | 20 | | 43 | 4 | | |
| 47 | 13 | | 47 | 21 | | |
| 48 | 18 | | 48 | 22 | | |
| 51 | 6 | | 51 | 22 | | |
| 52 | 5 | | 52 | 10 | | |
| 53 | 17 | | 53 | 22 | | |
| 54 | 19 | | 54 | 24 | | |
| 55 | 13 | | 55 | 18 | | |
| 56 | 17 | | 56 | 25 | | |
| 57 | 10 | | 57 | 14 | | |
| 57 | 20 | | 58 | 13 | | |
| 61 | 16 | | 61 | 22 | | |
| 62 | 21 | | 63 | 4 | | |

| DEPOSITION DESIGATIONS FOR DONALD J GUTER |
|---|

| START | | | END | | | |
|---|---|---|---|---|---|---|
| PAGE | LINE | | PAGE | LINE | | EXHIBIT |
| 75 | 4 | | 76 | 5 | | |
| 76 | 13 | | 77 | 13 | | |
| 85 | 15 | | 85 | 21 | | |
| 91 | 12 | | 92 | 10 | | |
| 92 | 16 | | 92 | 24 | | |
| 93 | 2 | | 93 | 8 | | |
| 96 | 1 | | 96 | 4 | | |
| 98 | 13 | | 98 | 17 | | |
| 98 | 23 | | 99 | 5 | | |
| 99 | 17 | | 100 | 13 | | |
| 100 | 21 | | 102 | 17 | | |
| 104 | 3 | | 104 | 5 | | |
| 107 | 6 | | 107 | 11 | | |
| 107 | 18 | | 107 | 20 | | |
| 109 | 6 | | 109 | 20 | | |
| 110 | 1 | | 110 | 3 | | |
| 111 | 13 | | 111 | 19 | | |
| 112 | 25 | | 113 | 18 | | |
| 113 | 21 | | 113 | 24 | | |
| 114 | 6 | | 114 | 12 | | |
| 114 | 22 | | 115 | 22 | | |
| 116 | 22 | | 116 | 25 | | |
| 118 | 7 | | 118 | 16 | | |
| 123 | 14 | | 124 | 3 | | |
| 124 | 10 | | 124 | 19 | | |
| 125 | 3 | | 125 | 6 | | |
| 130 | 4 | | 130 | 16 | | |
| 132 | 8 | | 132 | 13 | | |
| 132 | 14 | | 132 | 17 | | |
| 132 | 20 | | 132 | 20 | | |
| 132 | 22 | | 132 | 25 | | |
| 135 | 3 | | 136 | 11 | | |
| 136 | 24 | | 137 | 2 | | |
| 138 | 2 | | 138 | 14 | | |
| 138 | 24 | | 139 | 7 | | |
| 140 | 18 | | 141 | 13 | | |
| 142 | 5 | | 142 | 10 | | |
| 143 | 6 | | 143 | 11 | | |
| 144 | 6 | | 144 | 17 | | |
| 147 | 2 | | 147 | 5 | | |
| 147 | 12 | | 147 | 15 | | |
| 152 | 2 | | 152 | 5 | | |
| 153 | 21 | | 154 | 3 | | |
| 161 | 6 | | 161 | 9 | | |

| DEPOSITION DESIGATIONS FOR DONALD J GUTER | | | | | | |
|---|---|---|---|---|---|---|
| START | | | END | | | |
| PAGE | LINE | | PAGE | LINE | | EXHIBIT |
| 163 | 15 | | 164 | 5 | | |
| 166 | 17 | | 166 | 22 | | |
| 167 | 23 | | 167 | 23 | | |
| 167 | 4 | | 168 | 19 | | |
| 171 | 8 | | 171 | 12 | | |
| 174 | 17 | | 175 | 24 | | |
| 180 | 16 | | 181 | 20 | | Exh 3 |
| 182 | 9 | | 182 | 16 | | |
| 183 | 22 | | 184 | 4 | | |
| 194 | 8 | | 194 | 18 | | |
| 205 | 2 | | 205 | 22 | | |
| 206 | 6 | | 206 | 14 | | |
| 216 | 15 | | 216 | 19 | | Exh 6 |
| 218 | 15 | | 219 | 5 | | |
| 219 | 10 | | 220 | 12 | | |
| 220 | 16 | | 220 | 19 | | Exh 7 |
| 226 | 10 | | 226 | 15 | | |
| 227 | 22 | | 228 | 22 | | Exh 12 |
| 229 | 6 | | 229 | 11 | | |
| 229 | 16 | | 229 | 25 | | |
| 231 | 22 | | 232 | 8 | | Exh 14 |
| 235 | 22 | | 236 | 4 | | |
| 236 | 19 | | 237 | 4 | | Exh 17 |
| 237 | 9 | | 237 | 13 | | |
| 248 | 4 | | 248 | 13 | | |
| 249 | 8 | | 249 | 13 | | Exh 25 |
| 250 | 5 | | 251 | 9 | | |
| 255 | 17 | | 256 | 9 | | Exh 27 |
| 257 | 23 | | 258 | 2 | | |
| 261 | 5 | | 261 | 13 | | |
| 262 | 2 | | 262 | 70 | | |
| 266 | 14 | | 266 | 24 | | |
| 270 | 5 | | 270 | 11 | | |
| 271 | 3 | | 271 | 7 | | |
| 271 | 12 | | 272 | 6 | | |
| 274 | 25 | | 275 | 19 | | Exh 34 |
| 275 | 23 | | 276 | 8 | | |
| 276 | 13 | | 276 | 20 | | |
| 277 | 8 | | 277 | 16 | | Exh 35 |
| 278 | 19 | | 279 | 18 | | Exh 36 |
| 279 | 25 | | 281 | 20 | | |
| 282 | 24 | | 283 | 3 | | Exh 37 |
| 284 | 16 | | 284 | 20 | | Exh 38 |
| 291 | 24 | | 292 | 5 | | |

| DEPOSITION DESIGATIONS FOR DONALD J GUTER | | | | | | |
|---|---|---|---|---|---|---|
| START | | | END | | | |
| PAGE | LINE | | PAGE | LINE | | EXHIBIT |
| 292 | 7 | | 292 | 7 | | |
| 292 | 12 | | 292 | 14 | | |
| 299 | 7 | | 300 | 4 | | |
| 301 | 25 | | 303 | 7 | | |
| 309 | 11 | | 309 | 15 | | |
| 310 | 9 | | 310 | 13 | | |
| 313 | 2 | | 313 | 5 | | |
| 316 | 13 | | 316 | 17 | | |
| 316 | 21 | | 317 | 8 | | |
| 317 | 21 | | 318 | 4 | | |
| 318 | 9 | | 318 | 19 | | |
| 319 | 6 | | 319 | 19 | | |
| 321 | 21 | | 322 | 6 | | |
| 322 | 22 | | 324 | 12 | | |
| 325 | 11 | | 326 | 10 | | |
| 326 | 13 | | 326 | 19 | | |
| 326 | 24 | | 328 | 5 | | |

| | DEPOSITION DESIGATIONS FOR DIANE SUMMERS | | | | | |
|---|---|---|---|---|---|---|
| START | | | END | | | |
| PAGE | LINE | | PAGE | LINE | | EXHIBIT |
| | | | | | | |
| 15 | 4 | | 17 | 12 | | |
| 17 | 23 | | 19 | 3 | | |
| 19 | 10 | | 21 | 3 | | |
| 21 | 12 | | 22 | 16 | | |
| 23 | 3 | | 24 | 9 | | |
| 33 | 22 | | 34 | 13 | | |
| 35 | 4 | | 36 | 2 | | |
| 36 | 13 | | 37 | 4 | | |
| 37 | 16 | | 38 | 12 | | |
| 49 | 6 | | 50 | 22 | | |
| 58 | 2 | | 63 | 12 | | |
| 65 | 21 | | 66 | 3 | | |
| 66 | 9 | | 66 | 13 | | |
| 101 | 18 | | 102 | 24 | | |
| 133 | 24 | | 134 | 24 | | |

| DEPOSITION DESIGATIONS FOR HAL PORET | | | | | | |
|---|---|---|---|---|---|---|
| START | | | END | | | |
| PAGE | LINE | | PAGE | LINE | | EXHIBIT |
| | | | | | | |
| 6 | 2 | | 6 | 6 | | |
| 76 | 22 | | 123 | 23 | | |
| 184 | 7 | | 188 | 12 | | |