IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions; <br> The University of Houston System; and The Board of Regents of the University of Houston System, <br>     *Plaintiffs*, <br> v. <br> South Texas College of Law, <br>     *Defendant*. | Civil Action No. 4:16-cv-01839 <br><br><br> JURY |

**PLAINTIFFS' POST HEARING SUPPLEMENT
IN SUPPORT OF THEIR
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

# EXHIBIT

# JJJ

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions; The University of Houston System; and The Board of Regents of the University of Houston System, <br><br> Plaintiffs, <br> v. <br><br> South Texas College of Law, <br> Defendant. | Civil Action No. 4: 16-cv-01839 <br><br> JURY |

## SUPPLEMENTAL PROFFER DECLARATION OF CARRIE CRIADO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Carrie Criado, submit this supplemental proffer declaration pursuant to 28 U.S.C § 1746 in support of Plaintiffs' Reply In Support of Its Motion for Preliminary Injunction, and testify as follows:

1. I am over the age of 18 and am otherwise competent to make this declaration. All statements of fact are true, and all statements of opinion are believed to be true.

2. I am the Executive Director of Communications and Marketing of the University of Houston Law Center and have held that position since March 2011. Prior to this position, I held a variety of jobs since 1988 involving marketing, communications, public relations, and news reporting. In addition, I have a law degree from the University of Houston College of Law, such that I have knowledge about the law school from spending several years on campus.

3. In my role as Executive Director of Communications and Marketing, I am responsible for the development and coordination of internal and external communications for a large, complex law school. I serve as a primary media contact for local, national and international news organizations. I also direct budget development and staff management. My role involves fostering and enhancing relationships with stakeholders to increase awareness of the Law Center's vision, mission, goals and community impact. This includes advising senior administration, faculty and staff in all areas involving media and other external relations vehicles. I manage all electronic content for the law school website, and oversee

social media and electronic communications. I also review, edit and authorize advertising copy, and oversee design work on college publications.

4. I submitted a declaration dated August 25, 2016, identifying various ads that have been run for the University of Houston Law Center for the last five years. I categorized these ads by the brand that was used to market the Law Center. Exhibit 2 to my declaration catalogued ads using the HOUSTON LAW brand. However, there are additional HOUSTON LAW ads that were including in Exhibit 5. The chart below identifies those additional HOUSTON LAW ads from 2011 that are found in Exhibit 5 of Exhibit XX to UH's Reply Brief.

| Production Bates No. | Date Ad Produced to STCL | Date Ad Published | Name of Publishing Media |
|---|---|---|---|
|  | June 27, 2016 (Complaint, Dkt. No. 1) | August 17, 2011 | Newsweek |
| UH-001522 | August 8, 2016 | July 29, 2011 | Newsweek |
| UH-001523 | August 8, 2016 | 2011 | US News & World Report |
| UH-001526 | August 8, 2016 | September 28, 2011 | AJIL – American Journal of International Law |
| UH-001527 | August 8, 2016 | 2011 | National Jurist |
| UH-001528 | August 8, 2016 | 2011 | National Jurist |
| UH-001529 | August 8, 2016 | 2011 | National Jurist |
| UH-001567 | August 8, 2016 | March 2012 | National Jurist |
| UH-001645 | August 8, 2016 | January 2013 | International Law Association Quarterly |
| UH-001647 | August 8, 2016 | February 2013 | Synergy Magazine |
| UH-001648 | August 8, 2016 | March 2013 | US News & World Report |
| UH-001651 | August 8, 2016 | April 2013 | UH Cougar Line Bus Shelter Ad |
| UH-001654 | August 8, 2016 | June 2013 | National Jurist |
| UH-001655 | August 8, 2016 | June 2013 | Houston Bar Journal |
| UH-001657 | August 8, 2016 | June 2013 | National Jurist |

| Production Bates No. | Date Ad Produced to STCL | Date Ad Published | Name of Publishing Media |
|---|---|---|---|
| UH-001658 | August 8, 2016 | August 2013 | Energy Bar Association web ad |
| UH-001659 | August 8, 2016 | December 6, 2013 | Baylor Lariat |
| UH-001660 | August 8, 2016 | November 22, 2013 | Baylor Lariat |
| UH-001662 | August 8, 2016 | December 6, 2013 | Baylor Lariat |
| UH-001664 | August 8, 2016 | November 22, 2013 | Baylor Lariat |
| UH-001665 | August 8, 2016 | August 2013 | A & M Ad |
| UH-001668 | August 8, 2016 | September 2013 | Baylor Ad |
| UH-001676 | August 8, 2016 | October 2013 | ADL Ad – Houston in Concert Against Hate |
| UH-001682 | August 8, 2016 | November 2013 | Phi Alpha Delta International Pre-law Ad |
| UH-002270 | August 8, 2016 | 2016 | Pre-Law Magazine |
| UH-002271 | August 8, 2016 | 2016 | CLEO Edge Magazine |
| UH-002272 | August 8, 2016 | 2016 | Houston Lawyer |
| UH-002273 | August 8, 2016 | 2016 | Texas Bar |
| UH-002274 | August 8, 2016 | 2016 | The Houston Chronicle |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2016.

*Carrie Criado*

Carrie Criado
Executive Director of Communications and Marketing

University of Houston Law Center