United States District Court
Southern District of Texas

**ENTERED**

February 07, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM ON BEHALF OF THE UNIVERSITY OF HOUSTON SYSTEM AND ITS MEMBER INSTITUTIONS and THE UNIVERSITY OF HOUSTON SYSTEM and THE BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM, <br><br> Plaintiffs, <br> VS. <br><br> SOUTH TEXAS COLLEGE OF LAW, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § |

CIVIL NO. 4:16-CV-1839

## NOTICE SETTING MEDIATION

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The above matter was referred to Magistrate Judge Dena Hanovice Palermo for mediation. You are hereby notified that the mediation is scheduled for:

**Tuesday, February 28, 2017, at 9:30 a.m.**
in Courtroom 702 (7th Floor)
United States Courthouse
515 Rusk Street
Houston, TX 77002

## REQUIRED ATTENDANCE AT THE MEDIATION

Unless the Court otherwise permits in advance, the attorneys who will try the case shall appear at the mediation with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms.

## CONFIDENTIAL MEDIATION STATEMENT

No later than noon on February 21, 2017, each party shall deliver directly to Judge Palermo's chambers (Room 8608) a confidential mediation statement, which **should not be filed** with the Clerk of the Court, **nor served** upon the other parties. Brevity is encouraged.

The confidential mediation statement shall include the following:

1.   A brief statement of the facts of the case;
2.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;
3.   A summary of the proceedings to date;
4.   An estimate of the cost and time to be expended for further discovery, pretrial and trial;
5.   The relief sought;
6.   The party's position on settlement, including present demands and offers and history of past settlement discussions, offers and demands; and
7.   The name, title, and responsibilities of each person that will attend the mediation.

## PRE-MEDIATION CONFERENCE CALL

The Court will hold a pre-mediation conference call with lead attorneys (no clients) on February 27, 2017 at 2:00 p.m..  The purpose of the call is to discuss the mediation process and preparation.  Subsequent calls may be scheduled with counsel on an individual basis, if any party desires to speak to Judge Palermo *ex parte* in advance of the mediation.

Plaintiff's is responsible for placing the conference call and insuring that all parties are on the line. The call may be placed to (713) 250−2711.

Court Procedures: Information on the Court's practices and procedures and how to reach Court personnel may be obtained at the Clerk's website at www.txs.uscourts.gov or from the intake desk of the Clerk's office.

Dated: 2/7/2017

**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**