United States District Court
Southern District of Texas
**ENTERED**
March 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Board of Regents of the University of Houston System on behalf of the University of Houston System and its Member Institutions; <br> The University of Houston System; and <br> The Board of Regents of the University of Houston System, <br>     *Plaintiffs*, <br><br> v. <br><br> South Texas College of Law, <br>     *Defendant*. | Civil Action No. 4:16-cv-01839 <br><br><br> JURY |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Now before the Court is the parties' Joint Motion For Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS ORDERED that the Joint Motion For Dismissal Without Prejudice is GRANTED.

IT IS FURTHER ORDERED that the Court retains jurisdiction under 28 U.S.C. §1338 and/or 28 U.S.C. §1367, for a period of ten years from the date of this Order, to enforce the settlement agreement, a copy of which has been filed with the Court and whose terms are hereby incorporated herein by reference. Each party shall bear its own costs, fees and expenses.

This matter, including all claims, counterclaims and defenses, is dismissed without prejudice.

SIGNED this 14 day of March 2017.

UNITED STATES DISTRICT JUDGE